# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 19-122-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| DARREN THOMAS PETERSON, | |
| Defendant. | |

Due to the recent outbreak of COVID-19, and upon the Court's Own Motion,

**IT IS HEREBY ORDERED** that the in-person Sentencing Hearing set for Wednesday, November 4, 2020 at 10:30 a.m. is **VACATED.**

**IT IS FURTHER ORDERED** that the Sentencing Hearing is **RESET VIA VIDEO from the Big Horn County Jail (Basin, WY)** on **Thursday, November 5, 2020 at 11:00 a.m.**   Counsel may appear in the Snowy Mountains Courtroom thirty (30) minutes prior to the hearing to video conference with Defendant. If the defendant objects to this hearing being held via video, he must file a motion to continue the hearing to allow time for the defendant to be transported.

1

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 7th day of October, 2020.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE