# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DARREN THOMAS PETERSON, <br><br> Defendant. | Case No. CR-19-122-BLG-SPW <br><br> **ORDER ALLOWING DEFENDANT TO APPEAR IN PERSON FOR SENTENCING HEARING** |

Upon the Defendant's Unopposed Motion for Personal Appearance at Sentencing Hearing (Doc. 45), and for good cause appearing,

**IT IS HEREBY ORDERED** that the Defendant's motion is **GRANTED**. The sentencing hearing presently set VIA VIDEO from the Big Horn County Jail on **Tuesday, November 10, 2020 at 9:30 a.m.** shall be held <u>**in-person**</u> in the <u>Big Horn Courtroom of the James F. Battin U.S. Courthouse</u>, Billings, Montana.

The Clerk of Court is to notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 28th day of October, 2020.

*/s/ Susan P. Watters*
SUSAN P. WATTERS
United States District Judge