**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**



FILED

NOV 1 2 2020

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**DARREN THOMAS PETERSON**<br>*aka DT Peterson*,<br><br>Defendant. | **CR 19-122-BLG-SPW**<br><br><br>**ORDER** |

Upon the United States Unopposed Motion for Dismissal of Forfeiture

Proceedings (Doc. 53), and for good cause being shown,

IT IS HEREBY ORDERED that the forfeiture action in the above-captioned

case is **DISMISSED with prejudice**.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this _12th_ day of November, 2020

*Susan P. Watters*

SUSAN P. WATTERS
United States District Court Judge

1